```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JEFF LINDSEY                         :

       v.                    :         NO.  11-CV-5047

NCO FINANCIAL SYSTEMS, INC.          :

                                  :

                        JUDGMENT

FILED
AUG 19 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE BAYLSON, J.

       AND NOW, to wit, this 19th day of August, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.

       It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

                                      BY THE COURT:

                                      ATTEST:

                                *[signature]*
                              Richard Sabol, Deputy Clerk

judg